**Jose T. LUNA, Petitioner-Appellant,**

v.

**Dr. George BETO, Director, Texas Department of Corrections, Respondent-Appellee.**

No. 72-3282

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 1973.

William T. Armstrong, Staff Atty., Staff Counsel for Inmates, Texas Dept. of Corrections, Weldon, Tex., for petitioner-appellant.

Crawford Martin, Atty. Gen., Austin, Tex., for respondent-appellee.

Before JOHN R. BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

PER CURIAM:

Luna's sole complaint on appeal is that he was denied a fair trial in the Texas state court as evidenced by an affidavit of one juror which impeached his own verdict.

We agree with the district court that "the case fits within the well-settled general rule that a juror will not be heard to impeach his own verdict." Cunningham v. United States, 5 Cir. 1966, 356 F.2d 454.

Affirmed.